# ATTACHMENT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
               :

THE UNITED STATES OF AMERICA     :
*ex rel.*  JOHN DOE            :
               :     **Civil Action No.**

     **Plaintiff,**        :
               :

     v.              :     **FILED**
               :     **IN CAMERA AND**
RANBAXY LABORATORIES LIMITED, et al.,  :     **UNDER SEAL**
               :     **31 U.S.C. § 3730(b)(2)**
     **Defendants.**     :
               :     **DO NOT ENTER IN**
               :     **ECF/PACER**
               :
               :     **DO NOT PLACE IN**
               :     **PRESS BOX**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATION OF MERYL D. GRENADIER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Meryl D. Grenadier, hereby certify pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an associate with the law firm Stein Mitchell Cipollone Beato & Missner LLP with offices located at 1100 Connecticut Avenue NW, Suite 1100, Washington, D.C. 20036.

2.    I submit this application in support of my application for admission *pro hac vice*, to permit me to appear and participate as counsel for Plaintiff in the above-captioned matter.

3.    I am admitted and a member in good standing in the jurisdictions of the State of New York and the District of Columbia. I attach Certificates of Good Standing from these Courts as Exhibit 1.

4.    There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary proceeding.

1

5.     I understand that, upon my admission *pro hac vice*, I have an obligation to comply with all court and ethical rules governing the practice of law before this Court.

6.     I further agree to pay any and all fees to the Lawyer's Fund for Client Protection and this Court as required by L. Civ. R.  101.1(c)(2) and (3).

I declare under penalty of perjury that the foregoing is true and correct.

_s/ Meryl D. Grenadier_____
Meryl D. Grenadier, Esq.

June 23, 2016

# EXHIBIT 1



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Meryl Diane Grenadier

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **11th day of March, 2014**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.



In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of June, 2016**.

*Robert D. Mayberger*

Clerk



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## MERYL DIANE GRENADIER

was on        **JULY 10, 2015**        duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on **JUNE 10, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk