WILLIAM E. FITZPATRICK
Acting United States Attorney
SUSAN PAPPY
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2877
Fax. (973) 297-2010
email: susan.pappy@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE, | Hon. Anne E. Thompson |
| *Plaintiffs*, | *Civil Action No.* 16-3718 |
| v. | **UNITED STATES' NOTICE OF ELECTION TO DECLINE TO INTERVENE AND APPLICATION FOR ORDER RESTORING MATTER, DISMISSING COMPLAINT, AND UNSEALING CERTAIN DOCUMENTS** |
| RANBAXY LABORATORIES LIMITED, et al., | |
| *Defendants.* | |

**FILED IN CAMERA AND UNDER SEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its election to decline to intervene in the above-captioned action.

With this Notice, the United States is also filing, together with Relator John Doe, a Stipulation of Dismissal.

The United States is also filing a proposed order restoring this matter to the Court's active docket, dismissing the Complaint, unsealing certain documents, and providing for all other documents to remain sealed. Specifically, the United States

1

requests that: (i) the Complaint and any amended complaints,[1] this Notice, and the attached proposed Order be unsealed; and (ii) all other papers on file in this action remain under seal, because these papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

Dated: November 20, 2017
      Newark, New Jersey

                                Respectfully submitted,

                                CHAD A. READLER
                                Acting Assistant Attorney General

                                WILLIAM E. FITZPATRICK
                                Acting United States Attorney

By:    s/ Susan J. Pappy
        SUSAN J. PAPPY
        Assistant U.S. Attorney

        MICHAEL D. GRANSTON
        JAMIE A. YAVELBERG
        NATALIE WAITES PRIDDY
        U.S. Department of Justice,
        Civil Division
        Post Office Box 261,
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-2964
        *Attorneys for the United States*

---

[1] The United States understands that the relator intends to file a motion to permanently maintain the seal on certain portions of the relator's complaint. The United States will respond separately to that motion.