WILLIAM E. FITZPATRICK
Acting United States Attorney
SUSAN PAPPY
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2877
Fax. (973) 297-2010
email: susan.pappy@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE, | Hon. Anne E. Thompson |
| *Plaintiffs*, | Civil Action No. 16-3718 (AET) |
| v. | **ORDER RESTORING MATTER, DISMISSING COMPLAINT, AND UNSEALING CERTAIN DOCUMENTS** |
| RANBAXY LABORATORIES LIMITED, et al., | |
| *Defendants*. | |

### FILED IN CAMERA AND UNDER SEAL

The United States having filed with the Court its notice of election to decline to intervene in the above-captioned action and application for an order restoring the matter to the Court's active docket, dismissing the Complaint, and unsealing certain documents;

The United States and Relator John Doe having filed a Stipulation of Dismissal of the above-captioned action;

IT IS on this _____ day of _____, 2017,

ORDERED that the Clerk of the Court shall administratively reopen the above-captioned action and restore it to the Court's active docket; and it is further

ORDERED that the Relator's Complaint shall be dismissed as follows: (1) with respect to the Relator, the Complaint shall be dismissed with prejudice; and (2) with respect to the United States, the Complaint shall be dismissed without prejudice; and it is further

ORDERED that the Complaint, any amended complaints, the United States' notice of election and all papers filed with the notice of election, and this Order shall be unsealed on the docket; and it is further

ORDERED that all other documents in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason) shall remain under seal and shall not be made public.

                                                  HON. ANNE E. THOMPSON
                                                  United States District Judge