

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

WILLIAM E. FITZPATRICK
ACTING UNITED STATES ATTORNEY

Susan J. Pappy
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
susan.pappy@usdoj.gov

main: (973) 645-2700
direct:(973) 645-2877
fax:   (973) 297-2010

November 20, 2017

**BY DELIVERY**
Clerk
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re: United States ex rel. [UNDER SEAL] v. [UNDER SEAL],
          Civil Action No. 16-3718 (AET)

      **FILED IN CAMERA AND UNDER SEAL**

Dear Sir or Madam:

    I enclose for filing in camera and under seal in the above-referenced case three copies each of the following documents:

1. The United States' Notice of Election to Decline to Intervene and Application for Order Restoring Matter, Dismissing Complaint, and Unsealing Certain Documents;
2. Proposed form of Order Restoring Matter, Dismissing Complaint, and Unsealing Certain Documents;
3. Joint Stipulation of Dismissal; and
4. Certificate of Service

    Kindly return a copy of each document stamped "filed" in the envelope provided.

Sincerely,

William E. Fitzpatrick
Acting United States Attorney

By:   s/ Susan Pappy
Susan J. Pappy
Assistant United States Attorney

**RECEIVED**

NOV 2 2 2017

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Enclosures
cc:     Hon. Anne E. Thompson, U.S.D.J. (w/ enclosures)
        Andrew Beato, Esq. (w/ enclosures)