RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEC 0 1 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

------------------------------------X
:
THE UNITED STATES OF AMERICA :
ex rel. JOHN DOE : Hon. Ann E. Thompson
:
: Civil Action No. 16-3718
Plaintiff, :
:
v. : FILED IN CAMERA AND
: COMPLAINT UNDER SEAL
RANBAXY LABORATORIES LIMITED, et al., : 31 U.S.C. § 3730(b)(2)
:
: DO NOT ENTER IN
Defendants. : ECF/PACER
:
: DO NOT PLACE IN
: PRESS BOX
------------------------------------X

### PROPOSED ORDER GRANTING RELATOR'S MOTION TO LIMIT UNSEALING ORDER TO REDACTED COMPLAINT

**THIS MATTER** having been brought before the Court upon the application of Plaintiff- Relator John Doe to limit the Court's unsealing Order in the above-captioned action to the redacted complaint attached to Relator's motion.

**WHEREAS** Relator has demonstrated good cause to redact the proposed language from the Original Complaint;

On this 30th day of Nov. ,2017,

**ORDERED** that the Court shall unseal the proposed redacted complaint only.

**IT IS FURTHER ORDERED** that the Original Complaint, in un-redacted form, shall remain under seal.

Dated: 11/30 , 2017

_/s/ Anne E. Thompson_
United States District Judge