NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA *ex rel.* JOHN DOE,

    Plaintiffs,

v.

RANBAXY LABORATORIES LIMITED., *et al.*,

    Defendants.

Civ. No. 16-3718

**ORDER**

RECEIVED
MAR 01 2018
AT 8:30____M
WILLIAM T. WALSH
CLERK

THOMPSON, U.S.D.J.

    IT APPEARING this matter was reopened, certain documents were unsealed, and all claims were dismissed with or without prejudice on December 13, 2017 (ECF No. 9); and it further

    APPEARING that the Court provided Relator leave to file a redacted complaint (ECF Nos. 7, 9); and it further

    APPEARING that Relator has not filed a redacted complaint;

    IT IS on this 28th day of February, 2018,

    ORDERED that this case is CLOSED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.